■ In the Matter of the Estate of JOHN E. LOVELOCK, Deceased. CYNTHIA J. L. THARAUD, Individually and as Executrix of JOHN E. LOVELOCK, Deceased, Appellant; WILLIAM G. JAMES, Individually and as Executor of JOHN E. LOVELOCK, Deceased, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of POLICE BENEVOLENT ASSOCIATION OF THE NEW YORK STATE POLICE, INC., et al., Appellants, against JOSEPH F. GAGLIARDI, as District Attorney of Westchester County, et. al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ In the Matter of IRVING SOLOMON et al., Appellants, against HARRIS H. MURDOCK, et al., Constituting the Board of Standards and Appeals of the City of New York, et al., Respondents.— Motion referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ REGISTERED COUNTRY HOME BUILDERS, INC., Respondent, v. GEORGE R. LANCHANTIN, Appellant.— Motion referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Christ, Pette and Brennan, JJ., concur. Motion by respondent for reargument denied, with $10 costs. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ WITHATTAN REALTY CO., INC., Appellant, v. H. ABRAHAM, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Christ and Brennan, JJ., concur; Pette, J., not voting.

■ BERTHA ARBEITMAN, Respondent, v. MATILDA GOLDMAN, Appellant.— In a summary proceeding to recover possession of real property, the tenant appeals by permission of this court from an order of the Appellate Term which affirmed (1) a final order of the Municipal Court of the City of New York, Borough of Brooklyn, Fourth District, in favor of the landlord, and (2) a subsequent order of said court denying the tenant's motion to vacate the final order. The premises were rented as a unit and consisted of a store with a four-room apartment at the rear. Whether the residential use or the business use was predominant was a contested issue. Order reversed on the law and the facts, with costs, final order of Municipal Court vacated and petition dismissed, without prejudice to the institution of a proceeding de novo after determination by the State Rent Administrator of the nature of the predominant use, the severability of the uses, and any other pertinent issues within the Administrator's jurisdiction. Such determination, upon this record, is prerequisite to the maintenance of the summary proceeding. (Confederated Props. v. Nosek, 2 A D 2d 383; 610 West End Co. v. Cohen, 19 Misc 2d 130; Camp Fire Girls v. Jensen, 200 Misc. 540; cf. Matter of Region Holding Corp. v. Weaver, 4 A D 2d 766.) Findings of fact insofar as they may be inconsistent herewith are reversed. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.